Clerk of courts                                                         11.6.19

      I would like to be appointed counsel thank you.

**FILED**
**SCRANTON**

NOV 18 2019

PER _____ EA _____
    DEPUTY CLERK

William Moore