19-CV-1977

3.26.20

Whom it may concern

I have change addresses from 44 mud
Wayne DR Honesdale PA 18431 to 426 S Springfield Road
Clifton Heights PA 19018. My name is William Moore
D.O.B 7.28.88. Thank you.

William Moore

FILED
SCRANTON

APR 0 1 2020

PER _____ DEPUTY CLERK