Case Number: 3:19-cv-01977-MEM-DB Document Number: 15 User: EP Printed: 6/9/2020 8:42:14 AM

William Moore
29645-010
426 S. Springfield Road
Clifton Heights, PA 19018

FIRST-CLASS MAIL
neopost
06/09/2020
US POSTAGE $000.50°
ZIP 18503
041L11252593

FILED
SCRANTON
JUN 16 2020
Per _____ DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148
OFFICIAL BUSINESS

NIXIE   176   DE 1   0006/14/20
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 18501114848   *8719-04114-09-43