UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MOORE, : | CIVIL ACTION NO. 3:19-1977 |
| Plaintiff : | |
| : | (JUDGE MANNION) |
| v. : | |
| KEVIN BISHOP, *et al.*, : | |
| Defendants : | |

### ORDER

In accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is directed to **CLOS**E this case.

*s/ Malachy E. Manion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 7, 2020**
19-1977-01